# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  | : |  |
|---|---|---|
| UNITED STATES OF AMERICA | : |  |
|  | : | Crim. No. 16-459 (RMB) |
| v. | : |  |
|  | : | **MEMORANDUM ORDER** |
| EFRAIN ROSA, | : |  |
| Defendant | : |  |
|  | : |  |

This matter comes before the Court upon a Motion for Credit of Time Served by Defendant Efrain Rosa. This Motion is denied because it is procedurally deficient.

A petition under 28 U.S.C. § 2241 is the only statute that confers habeas jurisdiction to hear a federal prisoner's challenge to the execution of his sentence. Coady v. Vaughn, 251 F.3d 480, 485-86 (3d Cir. 2001). Moreover, such petition must be filed in the district of the prisoner's confinement. Defendant Rosa is currently confined in FCI Allenwood in the Middle District of Pennsylvania.

Accordingly, the Motion is denied.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge

Dated: March 12, 2020